UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBBY ALAN STEELE        ,

Plaintiff(s),

v.

JP MORGAN CHASE BANK   ,

Defendant(s).

Case No. 26-CV-02067-HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

I, JEFFREY ROGER SONN_____, an active member in good standing of the bar of Florida_____, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Plaintiff, Robby Steele_____ in the above-entitled action. My local co-counsel in this case is Zachary Dean Ludens_____, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: 360153_____.

| 19495 Biscayne Blvd. Ste 607 Aventura, FL 33180 | 95 Third Street, Second Floor, San Francisco, CA 94103 |
| --- | --- |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| 305-912-3000 | 954-361-3633 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| Jsonn@Sonnlaw.com | zludens@shawlewenz.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 773514_____.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0_____ times in the 12 months preceding this application.

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 3/25/2026                                    JEFFREY ROGER SONN
                                                    APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of  JEFFREY ROGER SONN  is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:  3/27/2026

UNITED STATES DISTRICT JUDGE

United States District Court
Northern District of California

Updated 11/2021                                   2



# The Florida Bar

**651 East Jefferson Street**
**Tallahassee, FL 32399-2300**

**Joshua E. Doyle**                                        **850/561-5600**
**Executive Director**                                **www.FLORIDABAR.org**

State of Florida        )

County of Leon        )                    In Re:  0773514
                                          Jeffrey Roger Sonn
                                          Sonn Law Group PA
                                          19495 Biscayne Blvd Ste 607
                                          Aventura, FL 33180-2320

I CERTIFY THE FOLLOWING:

I am the custodian of membership records of The Florida Bar.

Membership records of The Florida Bar indicate that The Florida Bar member listed above was admitted to practice law in the state of Florida on **September 23, 1988**.

The Florida Bar member above is an active member in good standing of The Florida Bar who is eligible to practice law in the state of Florida.

Dated this  25th  day of **March, 2026**.

Cynthia B. Jackson, CFO
Administration Division
The Florida Bar

PG:R10
CTM-401512